**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------------X

CYNTHIA RAMOS, as Legal Guardian of W.R., and
CYNTHIA RAMOS, individually,

Plaintiff,

25 **CIVIL** 5224 (JLR)

-against-

# JUDGMENT

MELISSA AVILES-RAMOS, in her official capacity as Chancellor of the New York City Department of Education, and the NEW YORK CITY DEPARTMENT OF EDUCATION,

Defendant.

-----------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated September 21, 2026, Plaintiff's motion for summary judgment is DENIED, and Defendants' motion for summary judgment is GRANTED. Plaintiff's sealing motion is GRANTED, in part; accordingly, the case is closed.

**Dated:** New York, New York

September 23, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:** [signature]

**Deputy Clerk**